Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

_____ Division

United States Courts
Southern District of Texas
FILED

AUG 16 2021

Nathan Ochsner, Clerk of Court

Case No. _____

_____
(to be filled in by the Clerk's Office)

LARRY SAMFORD, ET. AL.
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

HARRIS COUNTY, ET. AL.
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name     *LARRY SAMFORD*

All other names by which you have been known:

ID Number     *00715433*

Current Institution     *HARRIS COUNTY JAIL*

Address     *1200 BAKER ST*

*HOUSTON*     *TX*     *77002*
    City        State       Zip Code

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name     *HARRIS COUNTY COMMISSIONERS COURT*

Job or Title *(if known)*     *HARRIS COUNTY COMMISSIONERS*

Shield Number     *N/A*

Employer     *HARRIS COUNTY*

Address     *1001 PRESTON*

*HOUSTON*     *TX*     *77002*
    City        State       Zip Code

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name     *HONORABLE LINA HIDALGO*

Job or Title *(if known)*     *HARRIS COUNTY JUDGE*

Shield Number     *N/A*

Employer     *HARRIS COUNTY*

Address     *1001 PRESTON AVE*

*HOUSTON*     *TX*     *77002*
    City        State       Zip Code

☐ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                 ~~Harris County Sheriff~~ Ed Gonzalez
    Job or Title *(if known)*   Sheriff of Harris County, Tx.
    Shield Number       Unknown
    Employer           Harris County
    Address            1201 Franklin St.
                       Houston     TX     77002
                       *City*        *State*    *Zip Code*
            ☐ Individual capacity     ☒ Official capacity

Defendant No. 4
    Name                 Tex. Commission on Jail Standards
    Job or Title *(if known)*   Jail Compliance Inspectors
    Shield Number       N/A
    Employer           State of Texas
    Address            300 W. 15th St, Unit 503
                       Austin     TX.     78701
                       *City*        *State*    *Zip Code*
            ☐ Individual capacity     ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 5th, 6th, 11th & 14th Amendments U.S. Constitution

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

1) ART. 5115 TEX. REV. CIV. STATUTES; 2) TITLE 37 TEX. ADMIN. CODE, SEC.'S 253.1 (25)(22), 260.132, 260.130, 285.1, 285.2, 259.134 261.132, 3) TITLE II, TEX. LOCAL GOV.'T CODE, 351.010(4), 351.011(4)(12), 351.0035(b), 351.012, 351.001, 351.002, 351.007, 351.014, 351.041, 351.004; 4) TITLE 37, SEC. 261.132 TEX. ADMIN CODE (CONTINUED)

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)*   PRE TRIAL DETAINEE W/ ADDITIONAL PAROLE HOLD

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

HARRIS COUNTY JAIL BETWEEN 09/15/2020 — PRESENT

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

CONTINUOUS CONDITIONS VIOLATIONS, ALONG WITH
SPECIFIC DATES ILLUSTRATED FULLY IN ATTACHED
SUPPLEMENTAL

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
*Was anyone else involved? Who else saw what happened?)*

JAIL TANKS AT 1200 BAKER ST. ARE ILLEGALLY OVER
CROWDED BY LEGAL DEFINITION. ILLEGAL NUMBER OF DE-
TAINEES EASILY DETERMINED. IT IS LIKE A RESTROOM AT MINUTE
MAID PARK DURING 7TH INNING STRETCH ALL THE TIME. MASS
CROWD OF CONTAGION. NO REC. NO SUNLIGHT, FRESH AIR, ETC
I I'M IN MY 2ND ROUND OF LOSS OF TASTE & SMELL SENSES.

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

ILL WITH FLU LIKE SYMPTOMS TWICE. REPORTED ON 12/02/20 &
07/06/2021 WITH THE LATTER BEING MORE SEVERE. SHORTNESS OF
BREATHE & MORE. MEDICAL PERSONNEL, MANY OF WHOM CRITICIZE
& MOCK COMPLAINTS TO KEEP THEM DOWN. I HAD JUST REGAINED
LOSS OF TASTE & SMELL SOMEWHAT WHEN LOST AGAIN EARLY
JULY. I KNOW CDC RECOMMANDATIONS ARENT LAW &
JAILS DON'T HAVE TO FOLLOW THEM (BUT OVERCROWDED DURING
PANDEMIC?

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

DECLARATORY JUDGMENT & PRELIMINARY & PERMANENT
INJUNCTIVE RELIEF & ALL RELIEF IN EQUITY THAT THE
PLAINTIFF MAY BE ENTITLED, TO ENSURE THAT THE DEF
ENDANTS & THEIR AGENTS REFRAIN FROM THE DELIBERATE &
SYSTEMATIC CONDUCT THAT VIOLATES PLAINTIFFS DUE PROCESS
COMPLIANCE OF JAIL / REMEDIAL ACTION

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Harris County Jail, Houston, Tx

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

HARRIS COUNTY JAIL HAS THE GRIEVANCE ICON SELECT-ION ON THE KIOSK WHICH IS ON THE MULTIPLE OCCUPANCY CELLS. THERE FOR THE MOST PART WITH THE APPEALS GOING IN THE GRIEVANCE BOX IN WRITTEN FORM, OR GIVEN TO THE JAILER STATION.

2.   What did you claim in your grievance?

INADEQUATE MEDICAL CARE / FAILURE OF MEDICAL CARE, AMBIGUOUS & FAILED GRIEVANCE PROCEDURE & HOUSING & OVER CROWDED CONDITIONS, LACK OF PROPER SANITATION & LACK OF ANY SANITATION FOR SOME PERIOD, LACK OF RECREATION IN LEGALLY DEFINED REC. AREAS, LACK OF ANY OUTSIDE REC. PRODUCT TAMPERING,

3.   What was the result, if any?

ON ONE OCCASION I WAS GIVEN A HAND SIZED TOILET BRUSH, BUT GENERALLY ON THE ANECDOTAL OCCASIONS WHEN I'D BE SPOKEN TO ABOUT SPECIFIC COMPLAINTS I'D BE TOLD THAT THE APPROPRIATE SUB DEPT. HEAD WOULD BE CONSULTED WITH THAT BE-ING THE END OF ANY FURTHER CONTACT & OR NOTIFICATION OF OUTCOME

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I APPEALED THEM BY WRITING AS ORDERED IN THE ANTIQUATED HCSD HANDBOOK WITH THEM BEING SUBSEQUENTLY PLACED IN THE BOX LABELED "GRIEVANCE BOX" WITHIN THE SALLY VESTIBULE OF 6F1 & OR GIVEN TO THE 6F1 JAILER & IN PARTICULAR NOTICED AFTER WEEKS OF AN APPEAL STILL BEING IN THE SAID GRIEVANCE BOX NOTIFIED THE GRIEVANCE BOARD VIA THEIR SELECTION ON THE KIOSK. ANSWERED TO STATE IT WOULD BE PICKED UP, BUT DIDN'T STATE WHEN.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

N/A

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I FILED GRIEVANCES THRU A KIOSK LOCATED IN THE CELL BLOCK UNDER "GRIEVANCE BOARD" OPTION ON ALL ISSUES PRESENTED HERE. HOWEVER SAID BOARD INFORMED ME THAT ONLY BY REQUEST OF AN ATTORNEY WILL PAPER COPIES BE PROVIDED. LETTER TO JUDGE LINA HIDALGO DETAILED COMPLAINTS

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. NOTIFICATION VIOLATIONS BY KIOSK SYSTEM TO "CLASSIFICATION", "SHIFF SUPERVISOR", "MEDICAL", "PCC OFFICER", "RE ENTRY," ETC. WITH A RUNNING TOTAL OF IN EXCESS OF 200 ENTRIES BY THE TIME THIS COMPLAINT REACHES THE CLERK

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)  _____

Defendant(s)  _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? ONLY OTHER LAWSUIT I'VE FILED WAS, LIKE, 1995 ABOUT A RING TAKEN FROM ME BY A PRISON OFFICIAL WHICH WAS QUICKLY DISMISSED WITH NO APPEAL

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)      LARRY SAMFORD
    Defendant(s)    Don't RECALL; NO WAY TO KNOW

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    SOUTHERN / HOUSTON

3.  Docket or index number
    Don't RECALL; NO WAY TO KNOW OR FOR ME TO FIND

4.  Name of Judge assigned to your case
    Don't RECALL. "   "   "   "   "   "   "   "   "

5.  Approximate date of filing lawsuit
    1991 - 1995 TIME FRAME

6.  Is the case still pending?

    ☐ Yes

    ☑ No

    If no, give the approximate date of disposition    1991 - 1995 TIME FRAME

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    QUICKLY DISMISSED. NO APPEAL

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   07/24/2021

Signature of Plaintiff   _Larry Samford_

Printed Name of Plaintiff   LARRY SAMFORD

Prison Identification #   HCSD# 00715433 ; TDCJ# 498581

Prison Address   1200 BAKER ST.

Houston                         TX               77002
       City                                State           Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

_____
       City                                State           Zip Code

Telephone Number   _____

E-mail Address   _____

Civil Action No.

Larry Samford, et al
Plaintiffs

vs

Harris County, et al
Defendants

## In the United States District Court
## For the Southern District of Texas
## Houston Division

## Civil Rights Complaint Under
## United States Code, Title 42, Sec. 1983

To the Honorable Court:

Larry Samford, the above named Plaintiff
files this complaint in his own behalf as well
as on behalf of all detainees who are con-
fined in the Harris County Jail at the filing
date of this complaint who enjoin this action
against the Harris County Commissioners Court, Har-
ris County Constitutional Judge, Harris County
Sheriff, & the Texas Commission on Jail Stan-
dards & for Cause of Action shows:

I

Jurisdiction of the Court is invoked by
Virtue of the United States Code (U.S.C.) Title 28

(1)

SEC'S 1331, 1332, 1343, & 1391.

## II

THE CAUSE OF ACTION ARISES UNDER THE FIRST (1ST) FOURTH (4TH) FIFTH (5TH) SIXTH (6TH) & ELEVENTH (11TH) AMENDMENTS TO THE UNITED STATES CONSTITUTION & UNDER TITLE 42 SEC. 1983 OF THE UNITED STATES CODE.

## III

PLAINTIFF'S ARE CURRENTLY & AT ALL APPLICABLE TIMES CONFINED IN THE HARRIS COUNTY JAIL LOCATIONS OF 1200 BAKER ST. HOUSTON, TX 77002 & OR 701 SAN JACINTO, HOUSTON, TX. 77002

## IV

AT ALL APPLICABLE TIMES, ALL OF THE ACTIONS & OR OMISSIONS OF THE DEFENDANTS & OR THEIR AGENTS WERE & CURRENTLY ARE BEING COMMITTED AS A RESULT OF SAID DEFENDANTS & OR AGENTS BEING CLOTHED UNDER THE AUTHORITY, COLOR & PRACTICE OF THE STATUTES, REGULATIONS, CUSTOMS, & PROCEDURES OF THE STATE OF TEXAS & UNDER THE DIRECTION & LEGAL DUTIES OF SAID DEFENDANTS ACTING IN HIS OR HER CAPACITIES OF COUNTY COMMISSIONERS & OR THEIR COURT, COUNTY JUDGE, & SHERIFF OF HARRIS COUNTY, TEXAS ALONG WITH THE

(2)

Texas Commission on Jail Standards acting officially ≠ or individually in a manner any Reasonable official ≠ or agent would know were ≠ are clear Departures from State ≠ Federal law ≠ Gross Violations of Plaintiff's Constitutional Rights

V

The legally organized Plaintiffs of Harris County, Texas present in the United States District Court in Harris County, Texas, that in Harris County, Texas the Defendants ≠ or their agents unlaw-fully ≠ in violation of the Command of Art. 5115 of the Revised Civil Statutes of the State of Texas by the Legislature of this State to all Commissioner's Court ≠ Commissioner's Court of Harris County, Texas has not provided a safe ≠ suitable Jail for Harris County ≠ Facts will fur-ther show has not maintained said Jail in a good Sanitary Condition, it is not in Good Repair, it is not Properly Ventilated, ≠ Facts will further show as Fellows:

VI

The Jails Grievance Procedure operates under a "Founded / unfounded" system that

(3)

FAILS TO MEET THE MINIMUM STANDARDS PROMUL-
GATED BY THE UNITED STATES ATTORNEY GENERAL
WITHIN TITLE 42, U.S.C., SEC. 1997(e), TITLE 28,
SEC's 40.1, 40.3, 40.6, 40.7(d) & 40.7(e) OF THE
CODE OF FEDERAL REGULATIONS & THOSE REQUIRED
UNDER CHAPTER 501.008 OF THE TEXAS GOV'T
CODE; SAID GRIEVANCE PROCEDURE.

## VII

THE REHABILITATION & EDUCATIONAL PROGRAMS
OF SAID JAIL ARE ILLEGALLY OPERATED IN AN ARBIT-
TRARY & DISCRIMINATORY FASHION IN VIOLATION
OF THE DUE PROCESS & EQUAL PROTECTION (i.e. "SIM-
ILARLY SITUATED" APPLICATION) CLAUSES OF THE
U.S. CONSTITUTION ALONG WITH THE INTENT OF
THE TEXAS LEGISLATURE UNDER TITLE 37, SEC.'s
287.1 & 287.2 OF THE TEXAS ADMIN. CODE

## VIII

ONLY THE SMALLEST FACTION OF SAID JAIL DE-
TAINEES OF THE JAIL & SPECIFICALLY THOSE LOCAT-
ED IN IT'S "JOINT PROCESSING CENTER," & OF COURSE
THE JAIL'S "TRUSTY'S" & OR "WORKERS", ETC. AD
NAUSEAM ARE PROVIDED WITH RECREATION IN
LEGALLY DEFINED "EXERCISE AREA" IN AT LEAST
ONE YEAR IN GROSS VIOLATION OF SAID "DUE
PROCESS" & "EQUAL PROTECTION" CLAUSES AS WELL
AS TITLE 37, SEC 285.1 OF SAID TEX. ADMIN

(4)

CODE THE HARRIS COUNTY JAIL HAS BEEN THE SUBJECT OF MORE ADVERSE COURT APPEARANCES THAN MOST CONVICTED CRIMINALS & THEREFORE THE FACT THAT SAID JAIL IS A 'REPEAT OFFENDER' IN REPRESENTATION OF THE DEFENDANTS SHOULD SURPRISE VIRTUALLY NOBODY. THIS COURT RULED IN ALBERTI VS. HARRIS COUNTY, TEXAS, 406 F. SUPP. 649, 689 (S.D. TEX. 1975) THAT "AN ABSOLUTE DENIAL OF PHYSICAL EXERCISE IS IMPERMISSIBLE"

IX

PLAINTIFF ADOB ADOPTS BY REFERENCE THE PRECEEDING PARAGRAPH TO FURTHER ALLEGE THAT WITH THE AFOREMENTIONED EXCEPTIONS, THE PLAINTIFF ALONG WITH SAID JAIL'S DETAINEES HAVE BEEN DENIED ALL FORMS OF SUNLIGHT & FRESH AIR (OUTSIDE RECREATION) IN A CLEAR DEPARTURE OF THE TEXAS LEGISLATIVE MANDATE OF TITLE 37, SEC. 285.2 OF THE TEX. ADMIN. CODE ALONG WITH FEDERAL LAW NOT TO MENTION HUMAN DECENCY;

X

THE DISCIPLINARY PROCESS PROVIDED BY THE DEFENDANTS WITHIN SAID JAIL REPRESENTS A CLASSIC "KANGAROO COURT" IN CONTRADICTION & OR SHORT OF THE MINI-

(5)

MUM STANDARDS MANDATED By the UNITED
STATES SUPREME COURT FOUND IN WOLFF VS.
McDONNELL, 418 US 539, 556; 94 S. Ct.
2963; 41 L. ed 2d. 935 (1974)

## XI

THE PLAINTIFF IS HAS BEEN CONTINU-
OUSLY OUSLY CONFINED IN A "MULTI OC-
CUPANCY CELL" AS DEFINED IN TITLE 37, SEC
253.1 IN THE TEX. ADMIN. CODE SINCE OCTOBER
2020 WITH SAID CELL CONTAINING A "DAYROOM"
AS DEFINED IN TITLE 37, SEC. 260.132 OF
SAID TEX. ADMIN. CODE (T.A.C.) THERE ARE
SIX (6) CELLS BRANCHING FROM SAID "DAY-
ROOM" MARKED "A"-"F" SUB CELLS "A" ½ "E"
HAVE TEN (10) BUNKS ½ DETAINEES WHEREAS
SUB CELLS "B", "C", "D", ½ "F" HAVE EIGHT (8)
BUNKS ½ DETAINEES TO BRING AN ILLEGAL
COUNT OF FIFTY TWO (52) ACCORDING TO
SAID TITLE 37, SEC.'S 260.130, TITLE 11,
SEC.'S 351.012, 351.011 (b), ETC. WITH
SAID CELL CONSISTENTLY BEING OVERCROWD-
ED DURING PLAINTIFF'S ENTIRE CONFINE-
MENT ½ AT SAID 52 AS OF THE FILING OF
THIS COMPLAINT (PRECEEDING CITATIONS TEX. ADMIN C)

## XII

THE MEDICAL SUB DEPARTMENT AT SAID
(6)

Jail Provided By the Defendants Have Repeatedly Been Deliberately Indifferent & or Grossly Negligent & Incompetent to Address & Treat Plaintiff's Complaints of Flu Like Symptoms Begining on Dec. 2, 2020 with Loss of Taste & Smell & Most Recently on July 6, 2021 Again with Flu Like Symptoms, Shortness of Breath & Loss of Taste & Smell. While Plaintiff was Summoned to a 5×7 Foot Triage Room to See a Nurse on July 10, 2021 with a Blood Pressure Reading of 185/104, He was Sent Back to Said Over Crowded Housing Assignment with No Follow Up As of Dte July 28, 2021

## XIII

The Mismanagement of & Failure of the Jail's Classification System Routinely Fails to Properly Segregate the Prisoners in that First off Offenders are Routinely Housed with Those Previously Convicted, Those Already Sentenced with Pretrial Detainees & Further Routinely Fails to Segregate Mentally Ill Detainees Obviously Psychotic From thereby Contributing to the Mental Decomposition of Those Left to Endure

(7)

THE HOWLS ½ MUMBLING RANTS OF THOSE "REAL-
ITY CHALLENGED" ½ FURTHER FAILING TO SEG-
REGATE SAID MENTALLY ILL DETAINEES LEAVES
THEM OPEN FOR ASSAULTS PLAINTIFF REQUESTS
THAT THIS COURT INTERVENE UNDER THE "PROTECT-
ION ½ ADVOCACY FOR MENTALLY ILL INDIVIDUALS"
(PAMII) WITHIN TITLE 42 SEC. 10801-10851
½ 10805(9)(1)(B) OF THE UNITED STATES CODE ½
FURTHER ISSUE AN INJUNCTION ORDERING SAID
DEFENDANTS TO SEPERATE THOSE IN OBVIOUS
STATES OF MENTAL ILLNESSES ½ TRANSFER THEM
TO "FORENSIC COMMITTMENT FACILITIES" FOR COMP-
ETENCY RESTORATION. SEE ALSO THE TEX. CODE
OF CRIM. PROC ANN. ART. 46B.073(B)

## IX

THE GROSS MISMANAGEMENT OF THE JAIL BY
DEFENDANTS ½ OR AGENTS IN FAILURE TO FUL-
FILL MINISTERIAL DUTIES ½ IN PARTICULAR
THEIR OPERATION OF SAID "MULTI OCCUPANCY
CELLS" VIOLATE CONTEMPORARY STANDARDS OF
DECENCY ½ SAFETY AS A DIRECT RESULT OF
THE ACTS ½ OR OMISSIONS DESCRIBED HERE-
IN ½ FURTHER BREED VIOLENCE ½ DISRES-
PECT FOR THE LAW WHICH ULTIMATELY
HAS ½ LIKELY IS HAVING A NEGATIVE ½ DAN-
GEROUS IMPACT ON THE PUBLIC

(8)

As news of illnesses & death from the Covid-19 Pandemic & subsequent variants continued & continues to rise, the Plaintiff continues to suffer from the lasting injury of loss of senses of taste & smell & the overcrowded aforesaid "Multi-occupancy cells" represent a "canned spam of contagion" that is not only an health & safety risk to detainees, but ultimately the public. This court has both the power & duty to intervene (Sampson vs. King, 693 F.2d 566, 568-569, 5th Cir. 1982; Smith vs. Sullivan, 611 F.2d 1039, 1044, 5th Cir. 1980).

X

Plaintiff requests declaratory & preliminary injunctive relief to ensure that the Defendants & or their agents refrain from the deliberate & systemmic conduct that violates Plaintiff's due process rights & to take preventative measures & or actual means at the Defendants command to alleviate said violations including, but not limited to the reduction of over crowded population density of the illegal number of jail detainees to

(9)

OTHER FACILITIES UNDER THE Texas Gov.'t Code, Title 4, Sec. 499.125(a) OR TO OTHER TEMPORARY HOUSING UNITS UNDER THE Tex. Local Gov.'t Code, Title 11, Sec. 351.0035(b) & FURTHER DECLARING THAT THE DEFENDANT POLICY MAKERS HAVE MADE A POLICY & OR CUSTOM CONDONES THE CREATION OF A CUSTOM BY IN EFFECT RATIFYING THE UNCONSTITUTIONAL OR ILLEGAL ACTIONS OF SUBORDINATE AGENTS, OFFICERS, OR EMPLOYEES & THAT THE VIOLATIONS DESCRIBED HEREIN WITHIN THE HARRIS COUNTY JAIL ARE SO WIDE SPREAD THERE EXISTS A CASUAL LINK OF KNOWING DISREGARD OF EXCESSIVE RISK TO SAID JAIL DETAINEES, INCLUDING THE PLAINTIFF'S HEALTH & SAFETY & FURTHER REQUESTS THE COURT GRANT A PRELIMINARY & PERMANENT INJUNCTION ENJOINING THE DEFENDANT'S & HIS OR HER AGENTS FROM ANY & ALL ILLEGAL ACTIONS WITHIN THIS COMPLAINT.

THE PLAINTIFF FURTHER REQUESTS THAT THIS COURT SCRUTINIZE THE INSPECTION TREND ANALYSIS PURSUANT TO TITLE 4, SEC. 511.009 OF THE TEX. GOV'T CODE IN REGARDS TO THE HARRIS COUNTY JAIL'S INSPECTION REPORTS.

PLAINTIFF PRAYS THIS COURT AWARD PLAINTIFF

10

REASONABLE COSTS & EXPENSES OF THIS ACTION &
ALL RELIEF IN LAW & EQUITY IN WHICH HE MAY
BE ENTITLED.

RESPECTFULLY SUBMITTED: *Larry Samford*

LARRY SAMFORD
HCSD SPN # 00715433
1200 BAKER ST.
HOUSTON, TX. 77002


UNSWORN DECLARATION STATEMENT
UNDER THE TEX. PRAC. & REM. CODE, ART. 132.001


I LARRY SAMFORD, HCSD SPN # 00715433, DATE OF
BIRTH MAY 26, 1956, MY CURRENT ADDRESS BEING
1200 BAKER ST., HOUSTON, TX. 77002 HEREBY DE-
CLARE UNDER THE PENALTY OF PERJURY THAT THE
FOREGOING CONTENTS OF THIS COMPLAINT ARE
TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE.
EXECUTED ON THIS 26TH DAY OF JULY, 2021

*Larry Samford*

((1)

CLERK OF COURT                          RE: COMPLAINT UNDER
515 RUSK AVE                            42 U.S.C SEC. 1983
P.O. Box 61010
HOUSTON, TX. 77208                      AUGUST 1, 2021

DEAR CLERK OF COURT:

ENCLOSED PLEASE FIND THE
FOLLOWING: 1) "PRO SE 14" FORM; 2) APPLICATION TO
PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES
OR COSTS; 3) AN "INMATE BALANCE HISTORY" REPORT FROM
THE OFFENDER MANAGEMENT SYSTEM; #4) MY HANDWRIT-
TEN EXTENSION TO THE "PRO SE 14" FORM

PLEASE FORWARD THE
COMPLAINT TO THE APPROPRIATE AUTHORITIES FOR
SERVICE ON THE DEFENDANTS.

RESPECTFULLY,

LARRY SANFORD
S.P.N. # 00713433



GO FOR BROKE
JAPANESE AMERICAN
SOLDIERS OF WWII
FOREVER USA

USA FOREVER

USA FOREVER

GO FOR BROKE
JAPANESE AMERICAN
SOLDIERS OF WWII
FOREVER USA

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Lance Stafford
SPN: 02815183 Cell (AE)
Street: 701 N. San Jacinto
Houston, TEXAS 77002

aramark

AFSN 6 N Hou 773
TUE 10 AUG 2021  PM

✳ LEGAL CORRESPONDENCE

UNITED STATES CLERK OF COURT
Southern Dist. of Texas
Houston Division
515 Rusk Ave.
P.o. Box 61010
iCourt